THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v,* PAUL EDWARD DAVIS, Appellant.

Submitted February 20, 1950; decided February 23, 1950.

*Charles P. Sullivan, District Attorney (Howard R. Lonergan* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed.